1  Eileen M. Bissen, State Bar No. 245821
   NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
2  369 Pine Street, Suite 800
   San Francisco, CA 94104-3323
3  Tel.   (415) 677-9440
   Fax   (415) 677-9445
4  Email: ebissen@neyhartlaw.com

5  **Attorneys for Plaintiffs**

6  Chris D. Kuhner, State Bar No. 173291
   KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
7  1970 Broadway, Suite 225
   Oakland, CA 94612
8  Tel.   (510) 763-1000
   Fax   (510) 273-8669
9  Email: c.kuhner@kornfieldlaw.com

10 **Attorneys for Defendants**

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, as Trustee of the above,<br><br>Plaintiffs,<br><br>vs.<br><br>ELLIOTT AND ELLIOTT CO., a California corporation; MARK C. ELLIOTT, an individual;<br><br>Defendants. | Case No.   13-cv-3441  VC<br><br>[~~PROPOSED~~] JUDGMENT |
|---|---|

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] JUDGMENT
Case No. 13-cv-3441 VC
1

[~~PROPOSED~~] JUDGMENT

Pursuant to the Stipulation between Plaintiffs BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; and DOUG ZIEGLER, as Trustee and Defendant ELLIOTT AND ELLIOTT CO., Judgment is hereby entered in this action in favor of Plaintiffs and against Defendant ELLIOTT AND ELLIOTT CO. in the amount of $164,797.30.

IT IS SO ORDERED.

Dated: July 2, 2014

_____
HONORABLE VINCE CHHABRIA
U.S. DISTRICT COURT JUDGE

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW